THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

**FILED**
**MAY 17 2021**
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

R#34466 0012457

| | |
|---|---|
| STACY BROWN, on behalf of herself and others similarly situated, ) | CASE NO.: 3:21-cv-801-JRK |
| ) | JUDGE JAMES R. KNEPP II |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| UNIVERSAL PROTECTION SERVICE, LLC, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF LAUREN BAKKE KALFSBEEK

Pursuant to N.D. Ohio L. R. 83.5(h), Defendant Universal Protection Service, LLC ("Defendant") hereby respectfully moves this Court to grant leave for attorney Lauren Bakke Kalfsbeek to appear *pro hac vice* in this action as counsel for Defendant (the "Motion").

In support of this Motion and as set forth in the accompanying Declaration of Lauren Bakke Kalfsbeek in Support of Motion for Admission Pro Hac Vice (Exhibit A), the undersigned asserts the following:

1. Ms. Kalfsbeek is an attorney at Martenson, Hasbrouck & Simon, LLP, which is located at 455 Capitol Mall, Suite 601, in Sacramento, California 95814. Her business telephone number is (916) 970-1430 and her business facsimile number is (916) 538-6524. Her email address is lkalfsbeek@martensonlaw.com.

2. The Declaration of Ms. Kalfsbeek, which is offered under penalty of perjury pursuant to 28 U.S.C. § 1746 in support of this Motion and contains the specific information required by Local Rule 83.5(h), is attached hereto as Exhibit A.

1

3. As noted in her Declaration, Ms. Kalfsbeek has been a member in good standing of the highest court of the State of California since November 27, 2018. Her bar registration number is 322153. No disciplinary proceedings have been filed or are pending against her, and she has not been disbarred or suspended from practice before any court, department, bureau, or commission of any State or the United States. Ms. Kalfsbeek has never received any reprimand from any such court, department, bureau, or commission pertaining to conduct or fitness as a member of any bar.

4. This Motion is accompanied by the required $120.00 fee.

WHEREFORE, Defendant Universal Protection Service, LLC respectfully requests that this Court grant attorney Lauren Bakke Kalfsbeek limited admission to appear in this Court, in this particular proceeding, on its behalf.

Dated: May 14, 2021

Respectfully submitted,

_____
Lauren Bakke Kalfsbeek
lkalfsbeek@martensonlaw.com
**MARTENSON, HASBROUCK & SIMON, LLP**
455 Capitol Mall, Suite 601
Sacramento, California 95814
Telephone: (916) 970-1430
Facsimile: (916) 538-6524

*Attorneys for Defendant*
*UNIVERSAL PROTECTION SERVICE, LLC*

## CERTIFICATE OF SERVICE

I am a citizen of the United States, more than eighteen years old, and not a party to this action. I am employed by the law firm Martenson, Hasbrouck & Simon LLP, and my business address is 455 Capitol Mall, Suite 601, Sacramento, California 95814.

On May 14, 2021, I served true copies of the following document(s):

**MOTION FOR ADMISSION PRO HAC VICE OF LAUREN BAKKE KALFSBEEK**

in the following manner(s):

| | | |
|---|---|---|
| X | **(By Priority Mail)** | By placing said document(s) in a sealed envelope with postage thereon fully prepaid, for collection and mailing following our ordinary business practices. I am readily familiar with Martenson, Hasbrouck & Simon LLP's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service. |
| | **(By Email or E-Service)** | By causing such document(s) to be emailed or electronically transmitted to the email addresses listed below, pursuant to a court order, an agreement of the parties, or other permissible reason. |

on the following interested part(ies) in this action:

Matthew J. P. Coffman
Adam C. Gedling
1550 Old Henderson Road, Suite 126
Columbus, Ohio 43220
Phone: (614) 949-1181
Fax: (614) 386-9964
Email: mcoffman@mcoffmanlegal.com
agedling@mcoffmanlegal.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on May 14, 2021.

_____
Pamela Spring

3